Form 3-1

**UNITED STATES COURT OF INTERNATIONAL TRADE**     **FORM 3**

---

**COMMERCIAL STEEL PRODUCTS LLC,**

                              **Plaintiff,**

     **v.**

**UNITED STATES,**

                              **Defendant.**

---

**S U M M O N S**
**Court No.  26-03016**

**TO:**  The Attorney General, the U.S. Department of Commerce, and/or the Commissioner of U.S. Customs and Border Protection, and/or the United States International Trade Commission:

**PLEASE TAKE NOTICE** that a civil action has been commenced pursuant to 28 U.S.C. § 1581(c) to contest the determination described below.



**/s/ Gina Justice**
Clerk of the Court

1.  Plaintiff Commercial Steel Products LLC ("CSP") is an U.S. importer of certain oil country tubular goods that was subject to the U.S. Department of Commerce's covered merchandise inquiry arising from 19 U.S.C. § 1517(b)(4) covered merchandise referral by U.S. Customs and Border Protection ("CBP") in connection with CBP's Enforce and Protect Investigation No. 8143. CSP is an interested party under 19 U.S.C. § 1677(9)(A) and actively participated in the covered merchandise inquiry. Therefore, CSP has standing to challenge the determination pursuant to 28 U.S.C. § 2631(c), 19 U.S.C. § 1516a(d) and 19 U.S.C. § 1516a(a)(2)(B)(vi).

(Name and standing of plaintiff)

2.  CSP contests aspects of the final determination of the U.S. Department of Commerce, International Trade Administration, in the covered merchandise inquiry, *Oil Country Tubular Goods From the People's Republic of China: Final Determination of Covered Merchandise Inquiry,* 91 Fed. Reg. 22493 (Dep't of Commerce April 27, 2026), and accompanying Memorandum to Christopher Abbott, Deputy Assistant Secretary for Policy and Negotiations, from Scot Fullerton, Acting Deputy Assistant Secretary for Antidumping and Countervailing Duty Operations, "Oil Country Tubular Goods from the People's Republic of China:  Issues and Decision Memorandum for the Final Determination of Covered Merchandise Inquiry – EAPA Inv. 8143" dated April 21, 2026. This determination is being contested pursuant to 19 U.S.C. § 1516a(a)(2)(B)(vi) and 28 U.S.C. § 1581(c).

(Brief description of contested determination)

ACTIVE 724440187v1

3.  The contested final determination was issued by the International Trade Administration of the U.S. Department of Commerce on April 22, 2026, and published in the Federal Register on April 27, 2026.

(Date of determination)

4.  The contested final determination was published in the Federal Register on April 27, 2026. 91 Fed. Reg. 22493 (Dep't of Commerce April 27, 2026).

(If applicable, date of publication in Federal Register of notice of contested determination)

/s/ Rosa S. Jeong

Signature of Plaintiff's Attorney

May 27, 2026

Date

Name, Firm, Address, Telephone Number and E-mail Address of Plaintiff's Attorney

Rosa S. Jeong, Esq.,
Greenberg Traurig, LLP
2101 L Street NW, Ste. 1000
Washington, DC 20037
Tel: 202.533.2328
Email: Rosa.Jeong@gtlaw.com

**SEE REVERSE SIDE**

ACTIVE 724440187v1

## SERVICE OF SUMMONS BY THE CLERK

If this action, described in 28 U.S.C. § 1581(c), is commenced to contest a determination listed in section 516A(a)(2) or (3) of the Tariff Act of 1930, the action is commenced by filing a summons only, and the clerk of the court is required to make service of the summons. For that purpose, list below the complete name and mailing address of each defendant to be served.

Attorney-in-Charge
International Trade Field Office
Commercial Litigation Branch
**U.S. Department of Justice**
26 Federal Plaza, Room 346
New York, New York  10278-0001

Supervising Attorney
Commercial Litigation Branch
Civil Division
**U.S. Department of Justice**
1100 L Street, NW
Washington, DC  20530

General Counsel
Office of the General Counsel
**U.S. Department of Commerce**
1401 Constitution Ave, NW
Washington, DC 20230

Chief Counsel
Office of Chief Counsel for Trade Enforcement and Compliance
**U.S. Department of Commerce**
1401 Constitution Ave, NW, Room 3627
Washington, DC 20230

(As amended July 21, 1986, eff. Oct. 1, 1986; Sept. 30, 2003, eff. Jan. 1, 2004; Nov. 28, 2006, eff. Jan. 1, 2007; Dec. 7, 2010, eff. Jan. 1, 2011; July 17, 2017, eff. July 17, 2017; Oct. 25, 2017, eff. Oct. 25, 2017; Sept. 18, 2018, eff. Oct. 15, 2018; Oct. 1, 2025, eff. Oct. 1, 2025; Oct. 23, 2025, eff. Dec. 1, 2025.)