## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing submission in **Commercial Steel Products LLC vs. United States, Case No. 26-03016** has been served upon the following parties via Certified Mail – Return Receipt Requested, on May 27, 2026:

| Certified Mail – Return Receipt Requested | |
|---|---|
| Attorney-in-Charge International Trade Field Office Commercial Litigation Branch U.S. Department of Justice 26 Federal Plaza, Room 346 New York, New York 10278-0001 | *On behalf of U.S. OCTG Manufacturers Association ("USOMA") Welded Tube USA, Inc. Vallourec Star, L.P. Benteler Steel and Tube Corporation Axis Pipe and Tube Borusan Mannesmann Pipe U.S.A., Inc. PTC Liberty Tubulars LLC Tenaris USA* Roger B. Schagrin, Esq. Schagrin Associates 900 Seventh Street NW Suite 500 Washington, DC 20001 |
| Supervising Attorney Commercial Litigation Branch Civil Division U.S. Department of Justice 1100 L Street, NW Washington, DC 20530 | *On behalf of Boly Pipe Co., Ltd., JOL Tubular, Inc.* Gregory Menegaz, Esq. The Inter-Global Trade Law Group, PLLC 1156 15th Street NW Suite 1101 Washington, DC 20005 |
| General Counsel Office of the General Counsel U.S. Department of Commerce 1401 Constitution Ave, NW Washington, DC 20230 | *On behalf of U.S. OCTG Manufacturers Association Welded Tube USA, Inc. Vallourec Star, L.P .Benteler Steel and Tube Corporation Axis Pipe and TubeBorusan Mannesmann Pipe U.S.A., Inc. PTC Liberty Tubulars LLC Tenaris USA* Nicholas J. Birch, Esq. Schagrin Associates 900 Seventh Street NW Suite 500 Washington, DC 20001 |
| Chief Counsel Office of Chief Counsel for Trade Enforcement and Compliance **U.S. Department of Commerce** 1401 Constitution Ave, NW, Room 3627 Washington, DC 20230 | |

*/s/ Rosa S. Jeong*
Rosa S. Jeong

ACTIVE 724440178v1